

U.S. Department of Justice

United States Attorney
District of New Jersey

---

970 Broad Street, Suite 700  
Newark, NJ 07102

general number: (973)645-2700  
telephone number:(973) 645-2834  
fax number: (973) 645-3210  
e-mail:kelly.parker-battle@usdoj.gov

November 18, 2011

Hon. Jose L. Linares  
Judge, U.S. District Court  
Dr. Martin Luther King, Jr.  
  Federal Building  
50 Walnut Street  
Newark, New Jersey 07102

          Re:    United States of America v. Michael Eliasof  
                  and Wells Fargo Bank  
                  Criminal Action No. 07-907

Dear Judge Linares:

      We herewith request that the Application and Order for Writ of Garnishment in the above captioned matter be withdrawn.

      Thank you for your assistance in this matter.

                                     Respectfully submitted,

                                     PAUL J. FISHMAN  
                                     United States Attorney

                By:    KELLY C. PARKER-BATTLE  
                        Financial Specialist

Encl.

PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736
LAB0321
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. MICHAEL ELIASOF, *Defendant,* and WELLS FARGO, and its successors or assigns, *Garnishee.* | Hon. Jose L. Linares<br><br>Criminal No. 07-907<br><br>ORDER |

This matter having been opened to the Court by the U.S. Attorney, PAUL J. FISHMAN for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 23rd day of Nov. , 2011

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

HON. JOEL A. LINARES
Judge, U.S. District Court