

U.S. Department of Justice

United States Attorney
District of New Jersey

970 Broad Street, Suite 700  general number: (973)645-2700
Newark, NJ 07102  telephone number:(973) 645-2834
 fax number: (973) 645-3210
 e-mail:kelly.parker-battle@usdoj.gov

November 21, 2011

Hon. Jose L. Linares
Judge, U.S. District Court
Dr. Martin Luther King, Jr.
 Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re: United States of America v. Michael Eliasof
and RBC Wealth Management
Criminal Action No. 07-907

Dear Judge Linares:

We herewith request that the Application and Order for Writ of Garnishment in the above captioned matter be withdrawn.

Thank you for your assistance in this matter.

Respectfully submitted,

PAUL J. FISHMAN
United States Attorney

By: KELLY C. PARKER-BATTLE
Financial Specialist

Encl.

PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736
LAB0321
(FLU:KCPB)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. MICHAEL ELIASOF, *Defendant,* and RBC WEALTH MANAGEMENT, and its successors or assigns, *Garnishee.* | Hon. Jose L. Linares Criminal No. 07-907 ORDER |

This matter having been opened to the Court by the U.S. Attorney, PAUL J. FISHMAN for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 23rd day of November, 2011

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

_____
HON. JOEL A. LINARES
Judge, U.S. District Court