PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736
LAB0321
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | Hon. Jose L. Linares |
| --- | --- |
| *Plaintiff,* | Criminal No. 07-907 |
| v. | ORDER |
| MICHAEL ELIASOF, | |
| *Defendant,* | |
| and | |
| TD BANK, and its successors or assigns, | |
| *Garnishee.* | |

This matter having been opened to the Court by the U.S. Attorney, PAUL J. FISHMAN for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this /2th day of April, 2012

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

HON. JOSE L. LINARES
Judge, U.S. District Court



U.S. Department of Justice

United States Attorney
District of New Jersey

970 Broad Street, Suite 700　　　general number: (973)645-2700
Newark, NJ 07102　　　telephone number:(973) 645-2834
　　　fax number: (973) 645-3210
　　　e-mail:kelly.parker-battle@usdoj.gov

April 5, 2012

Hon. Jose L. Linares
Judge, U.S. District Court
Dr. Martin Luther King, Jr.
　Federal Building
50 Walnut Street
Newark, New Jersey 07102

　　　Re:　United States of America v. Michael Eliasof
　　　　　　and TD Bank
　　　　　　Criminal Action No. 07-907

Dear Judge Linares:

　　We herewith request that the Application and Order for Writ of Garnishment in the above captioned matter be withdrawn.

　　Thank you for your assistance in this matter.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　PAUL J. FISHMAN
　　　　　　　　　　United States Attorney

　　　　　　By:　　KELLY C. PARKER-BATTLE
　　　　　　　　　　Financial Specialist

Encl.